# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2025

### NO. 03-25-00004-CV

**Lisa Hansen, DVM and Jason Hansen, Appellants**

**v.**

**PetVet PC Manager, LLC; and Quality Veterinary Services, P.C. f/k/a AL Veterinary Services, P.C. d/b/a Pfennig Lane Animal Hospital, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on December 17, 2024. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.